# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHAWEZI MWANTEMBE**, *et al*. | : | **CIVIL ACTION** |
| **v.** | : | |
| **TD BANK, N.A.**, *et al.* | : | **NO. 09-0135** |

## ORDER

**AND NOW**, this 29th day of July, 2010, upon consideration of the Plaintiffs' Motion for Class Certification (Document No. 44), the defendants' response, the plaintiffs' reply, and after oral argument, it is **ORDERED** that the motion is **DENIED**.

       /Timothy J. Savage
       TIMOTHY J. SAVAGE, J.